1  Bryan L. Clobes, Esq. [Admitted *Pro Hac Vice*]
     *bclobes@caffertyclobes.com*
2  CAFFERTY CLOBES
   MERIWETHER & SPRENGEL LLP
3  1101 Market St., Suite 2650
   Philadelphia, Pennsylvania 19107
4  Tel: (215) 864-2800; Fax: (215) 864-2810

5  Daniel O. Herrera, Esq. [Admitted *Pro Hac Vice*]
     *dherrera@caffertyclobes.com*
6  CAFFERTY CLOBES
   MERIWETHER & SPRENGEL LLP
7  30 N. LaSalle, Suite 3200
   Chicago, Illinois 60602
8  Tel: (312) 782-4880; Fax: (312) 782-4485

9  Raymond P. Boucher, Esq. [CA SBN 115364]
     *rboucher@kbadvocates.com*
10 Shehnaz M. Bhujwala, Esq. [CA SBN 223484]
     *sbhujwala@kbadvocates.com*
11 KHORRAMI BOUCHER, LLP
   444 S. Flower St. – 33rd Floor
12 Los Angeles, California 90071
   Tel: (213) 596-6000; Fax: (213) 596-6010
13

14 *Attorneys for Plaintiff*

15                **UNITED STATES DISTRICT COURT**

16

17     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

18 MICHAEL E. FISHER, Individually,          ) Case No. 13-cv-9285 JAK (PLAx)
   and On Behalf Of Others Similarly         )
19 Situated,                                 ) CLASS ACTION
                                             )
20                         Plaintiff,         ) **STIPULATION OF VOLUNTARY
                                             ) DISMISSAL PURSUANT TO FED.**
21              v.                            ) **R. CIV. P. 41(a)(1)(A)(ii)**
                                             )
22 HONDA NORTH AMERICA, INC.;               )
   AMERICAN HONDA MOTOR CO.,                 )
23 INC.; and HONDA MOTOR                     )
   COMPANY, LTD.,                            )
24                                           )
                          Defendants.        )
25                                           )
                                             )
26                                           )
                                             )
27 ─────────────────────────────────

28

---

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(ii) [CASE NO. 13-CV-9285 JAK (PLAX)]

1      1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

2  Procedure, Plaintiff Michael Fisher ("Plaintiff") and Defendant American Honda

3  Motor Co., Inc. ("Defendant") hereby stipulate to the dismissal with prejudice of

4  the above-captioned action, with each party to bear his or its own costs and

5  attorneys' fees.

6      2.     The issue of class certification has not been raised before this Court.

7  By this Stipulation ("Stipulation"), Plaintiff has agreed to resolve all of his claims

8  against Defendant in this action by voluntarily dismissing with prejudice his

9  individual claims.  By this Stipulation, Plaintiff and Defendant have also agreed to

10  a voluntary dismissal *without prejudice* of the individual claims of absent members

11  of the putative class.

12      3.     Because this Stipulation is signed by all affected parties who have

13  appeared and no class has been certified, no Court order is necessary to effectuate

14  dismissal of this case.  *See Diaz v. Trust Territory of Pacific Islands*, 876 F.2d

15  1401, 1408 (9th Cir. 1989) ("The Court's duty to inquire into a settlement or

16  dismissal differs before and after certification. Before certification, the dismissal is

17  not res judicata against the absent class members and the court does not need to

18  perform the kind of substantive oversight required when reviewing a settlement

19  binding upon the class.").  Further, "Rule 23(e) does not require notice of

20  precertification dismissal except where the court concludes that such notice is

21  necessary for one or more of the following reasons: (1) to protect defendants by

22  preventing plaintiffs from appending class allegations merely to obtain a more

23  favorable settlement; (2) to protect the class from objectionable structural relief or

24  depletion of funds available to pay class claims, *e.g.*, through collusive settlement;

25  (3) to protect the class from prejudice based on their reliance on the filing or

26  pendency of the action." *Hockert Pressman & Flohr Money Purchase Plan v.*

27  *American President Cos.*, No. C94 1449, 1995 U.S. Dist. LEXIS 17608, at **1-2

28  (N.D. Cal. Nov. 20, 1995) (citations omitted). The concerns raised by Fed. R. Civ.

1

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(ii)  [CASE NO. 13-CV-9285 JAK (PLAX)]**

1    P. 23(e) are inapplicable in this action.

2         NOW, THEREFORE, Plaintiff and Defendant agree as follows:

3         1. To dismiss Plaintiff's claims with prejudice and the individual claims of the

4    putative class members (other than Plaintiff) without prejudice;

5         2. No notice of dismissal is required to the putative class; and

6         3. Each side will bear his or its own attorneys' fees and costs.

7              IT IS SO STIPULATED.

8

9                                        **CAFFERTY CLOBES MERIWETHER**
                                         **& SPRENGEL LLP**
10

11   Dated: September 18, 2014          By:  */s/ Daniel O. Herrera*
                                              Daniel O. Herrera
12

13                                            *Co-Counsel for Plaintiff*
                                              *Michael E. Fisher*
14

15

16                                       **SIDLEY AUSTIN LLP**
17

18   Dated: September 18, 2014          By: */s/ Eric S. Mattson*
                                             Eric S. Mattson
19

20                                           *Attorney for Defendant*
                                             *American Honda Motor Co., Inc.*
21

22

23

24

25

26

27

28

2

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.**
**41(a)(1)(A)(ii)**  [CASE NO. 13-CV-9285 JAK (PLAX)]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to Section 5-4.3.4(a) of the Local Rules, I hereby certify that the content of this document is acceptable to all counsel of record for the parties in the above-captioned case, and that I obtained authorization from these individuals to affix their electronic signatures to this document.

Dated: September 18, 2014          **KHORRAMI BOUCHER, LLP**


By: */s/ Shehnaz M. Bhujwala*
    Shehnaz M. Bhujwala

*Co-Counsel for Plaintiff Michael E. Fisher*

3

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** [CASE NO. 13-CV-9285 JAK (PLAX)]